UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Seroquel XR (Extended Release Quetiapine Fumarate) Litigation<br><br>All End-Payor Class Actions | Lead Dkt. No. 1:19-cv-08296-CM |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff NECA-IBEW Welfare Trust Fund, by and through its counsel, hereby gives notice that Plaintiff NECA-IBEW Welfare Trust Fund hereby voluntarily dismisses, without prejudice, all claims that it has brought against the Defendants.

Dated: January 10, 2020

Respectfully submitted,

*/s/ Tyler W. Hudson*
Tyler W. Hudson (*pro hac vice*)
WAGSTAFF & CARTMELL LLP
Suite 300
4740 Grand Avenue
Kansas City, MO 64112
Phone: 816/701-1100
Fax: 816/531-2372
Email: thudson@wcllp.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2020, a true and correct copy of the foregoing was served on all counsel of record through the Court's electronic filing system.

*/s/ Tyler W. Hudson*
Attorney